RICHARDS MILLING CO. v. Carl E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7171.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Hoppe, Lea, Day & Ford, of Warren, Ohio, and H. L. Gresinger, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

RUBSAM CORPORATION v. GENERAL MOTORS CORPORATION, Buick Motor Company Chevrolet Motor Company, and Oakland Motor Car Company.

No. 7422.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1936.

For opinion below, see 10 F.Supp. 701.

Whiting & Kleinstiver, of Jackson, Mich., for appellant.

Cooper, Kerr & Dunham, of New York City, for appellees.

PER CURIAM.

Docketed and dismissed on motion of appellees.

Jules RUBIN v. John J. RYAN, Superintendent, U. S. Detention Farm, Milan, Michigan.

No. 7395.

Circuit Court of Appeals, Sixth Circuit.

June 1, 1936.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed on motion of appellant.

SAFE DEPOSIT & TRUST COMPANY OF BALTIMORE, a Body Corporate, Trustee under Deed of Trust From Clifford E. Whitaker, Dated June 15, 1933, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, a Body Corporate, Appellee.

No. 4072.

Circuit Court of Appeals, Fourth Circuit.

July 2, 1936.

For opinion below, see 14 F.Supp. 721.

Charles G. Page, of Baltimore, Md., for appellant.

John T. Tucker, of Baltimore, Md. (Keech, Carman, Tucker & Anderson, of Baltimore, Md., on brief), for appellee.

Before NORTHCOTT and SOPER, Circuit Judges, and MYERS, District Judge.

PER CURIAM.

This is an appeal from a judgment entered in the District Court of the United States for the District of Maryland in May, 1936. For reasons given in the opinion of the judge below, which is adopted as the opinion of this court, the judgment is affirmed.